# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 2:91-cr-49-FtM-33SPC

**WOODROW WATKINS, JR.**

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On November 27, 2006 the Assistant United States Attorney Robert Barclift and the defendant, Woodrow Watkins, Jr., with counsel Russell Rosenthal appeared before the Court. Woodrow Watkins, Jr. was sentenced on September 26, 1991 for the offense of Conspiracy to Distribute In Excess of Five Grams of Cocaine Base and received a sentence imposing 210 months incarceration followed by a four year term of supervised release. The Probation Officer of this Court has petitioned the Court to revoke and terminate supervision.

After being advised of his rights, the defendant admitted facts regarding Violations, which the Court found to constitute a violation of supervised release. The Court finds, after hearing from both counsel and the defendant, that the defendant has violated the terms of the Supervised Release

It is, therefore, **ORDERED AND ADJUDGED:**

1. Supervised Release is **REVOKED** and the defendant Woodrow Watkins, Jr is hereby committed to the custody of the Bureau of Prisons or its authorized representative for **IMPRISONMENT** for a period of **8 months** or until the defendant is otherwise discharged as provided by law.

    2.    The Court recommends that the defendant be housed in FCC Coleman, or as close to family in Fort Myers as possible.

    3.    The Court recommends participation in a drug education program.

    4.    Supervised Release is not reimposed.

    5.    The defendant is **REMANDED** to the custody of the United States Marshal Service to await designation of a facility.

It is further **ORDERED** that the Clerk deliver a certified copy of this Revocation of Supervised Release and Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this 5th day of December, 2006.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
       U.S. Marshal
        Probation